RELLIS REALTY CORPORATION, Appellant, *v.* ALKAHAR ASSOCIATES, INC., et al., Defendants, and GEST HOLDING CO., INC., et al., Respondents.

(Argued June 1, 1931; decided June 16, 1931.)

*Irving I. Goldsmith* and *Norman L. Marks* for appellant.
*Abraham B. Hertz* and *Murray J. Lefcourt* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.